William L. Ford, Appellant, v. Frederick E. Ross, Respondent.—Judgment affirmed, with costs. No opinion. All concurred.

Sylvester W. Hall, Appellant, v. The La France Fire Engine Company, Respondent.—Judgment affirmed, with costs. No opinion. All concurred.

Elizabeth C. Leavenworth, Respondent, v. Arthur M. Dodge, Appellant.— Judgment affirmed, with costs. All concurred, except Landon, J., not sitting. No opinion.

John E. McElroy, as Executor, etc., v. National Savings Bank of Albany et al.—Judgment for the plaintiff, without costs. All concurred. No opinion.

Helen Matthews, Respondent, v. Horace Matthews, Appellant.—Judgment modified by reducing it to the sum of seventy dollars, being items, thirty dollars for repairs, finding No. 7, and forty dollars for hay, finding No. 3, with interest from March 2, 1888, and as so modified affirmed, without costs of this appeal to either party. No opinion. Putnam and Herrick, JJ., dissented.

The People of the State of New York, Respondent, v. The Third National Bank of Syracuse and Another, Appellants, Impleaded with Others.—Judgment affirmed, without costs. All concurred. No opinion.

John P. M. Ransom, Respondent, v. George Watts, Appellant.—Judgment affirmed, with costs. All concurred. No opinion.

William R. Woodbridge v. William D. Marks. —Motion for leave to go to the Court of Appeals denied, without costs.

---

## First Department, July Term, 1896.

Agnes J. Adsit, as Administratrix, etc., of Frank L. Adsit, Deceased, Appellant, v. General Fire Extinguisher Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for preference granted.—

Per Curiam: This order must be reversed. The notice of claim of preference and that it would be moved for at the opening of the court was duly given. It was served with the notice of trial and was sufficient to satisfy the statute. The special notice was given pursuant to and in consequence of the adoption of Rule 3 of the Trial Term rules of this court. Present — Barrett, Rumsey, Patterson and Ingraham, JJ.

Arthur A. Carey, Appellant, v. Cecelia V. Kieferdorf et al., Respondents.— Order re-

versed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.—

Per Curiam: The order appealed from should be reversed, for the reason that the applicant was not a judgment creditor of the owner of the premises at the time of the filing of the notice of *lis pendens*. He was, consequently, neither a necessary nor a proper party, and he had no right to intrude into the action merely to secure notice of the sale of the premises. Having avowedly no defense to the action, as he had no lien upon or interest in the premises at the time of its commencement, his application should have been denied, with costs. The order should be reversed, with ten dollars costs and disbursements, and the motion denied,